UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO JOSE HERNANDEZ and JANDY
HERNANDEZ FERNANDEZ,

Plaintiffs,

-v-

JJE EXPRESS LLC d/b/a GRESS EXPRESS and DALE
MORRIS,

Defendants.

CIVIL ACTION NO. 26 Civ. 308 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 3).  On January 13, 2026, Defendants JJE Express LLC d/b/a Gress Express and Dale Morris (together, "Defendants") filed a notice of removal removing this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.  (Dkt. No. 1 (the "Notice")).  Plaintiffs Ricardo Jose Hernandez and Jandy Hernandez Fernandez (together, "Plaintiffs"), however, have not yet appeared in this action.  Defendants are **ORDERED** to serve the Notice on Plaintiffs and file proof of service by **May 1, 2026**.

Dated:     New York, New York
           April 17, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**