UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO JOSE HERNANDEZ and JANDY
HERNANDEZ FERNANDEZ,

                            Plaintiffs,

        -v-

JJE EXPRESS LLC d/b/a GRESS EXPRESS and DALE
MORRIS,

                            Defendants.

CIVIL ACTION NO. 26 Civ. 308 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 13, 2026, Defendants JJE Express LLC d/b/a Gress Express and Dale Morris (together, "Defendants") filed a notice of removal removing this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.  (Dkt. No. 1 (the "Notice")).  Plaintiffs Ricardo Jose Hernandez and Jandy Hernandez Fernandez (together, "Plaintiffs") have not yet appeared in this action.  Pursuant to the Court's directive, (Dkt. No. 4), on April 21, 2026, Defendants served the Notice on Plaintiffs' counsel.  (Dkt. No. 5).  Plaintiffs, however, have still not appeared in this action.  By **May 18, 2026,** Plaintiffs' counsel is **ORDERED** to file a Notice of Appearance in this action.

The Clerk of Court is respectfully directed to mail a copy of this Order to:

KARI LAW GROUP, PLLC
Attn: Michelle Kariyeva, Esq.
Attn: Daniel Mark Woodbridge, Esq.
86-11 Lefferts Boulevard, Unit 7
Richmond Hill, NY 11418

SO ORDERED.

Dated:       New York, New York
             May 4, 2026

**SARAH L. CAVE**
**United States Magistrate Judge**