UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO JOSE HERNANDEZ and JANDY HERNANDEZ FERNANDEZ,<br><br>                    Plaintiffs,<br><br>  -v-<br><br><br>JJE EXPRESS LLC d/b/a GRESS EXPRESS and DALE MORRIS,<br><br>                    Defendants. | CIVIL ACTION NO. 26 Civ. 308 (ALC) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

On August 13, 2025, Plaintiffs Ricardo Jose Hernandez ("Ricardo") and Jandy Hernandez Fernandez ("Jandy") (together, "Plaintiffs") filed a summons and complaint (Dkt. No. 1-1 at 2–15) in Bronx County Supreme Court in an action captioned <u>Hernandez et al. v. JJE Express LLC d/b/a Green Express et al.</u>, Index No. 817080/2025E (the "State Action").  On October 6, 2025, Defendants JJE Express LLC d/b/a Gress Express and Dale Morris (together, "Defendants") filed an answer in the State Action (<u>id.</u> at 16–23 (the "Answer")) asserting a counterclaim against Ricardo.  (Id. at 20–21 (the "Counterclaim")).  On January 13, 2026, Defendants removed the State Action to the United States District Court for the Southern District of New York (the "Federal Action").  (Dkt. No. 1).  All parties have now appeared in the Federal Action.  (Dkt. Nos. 1; 7).

Upon review of the dockets in the State Action and the Federal Action, Ricardo has not

2

yet filed a response to the Counterclaim.  Accordingly, by **June 3, 2026**, Ricardo shall file a response to the Counterclaim.

Dated:      New York, New York
            May 20, 2026

SO ORDERED.

_____

SARAH L. CAVE
**United States Magistrate Judge**

2