UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO JOSE HERNANDEZ and JANDY HERNANDEZ FERNANDEZ,

Plaintiffs,

-v-

JJE EXPRESS LLC d/b/a GRESS EXPRESS and DALE MORRIS,

Defendants.

CIVIL ACTION NO. 26 Civ. 308 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person initial case management conference on July 9, 2026 (the "Conference"). (See Dkt. No. 10). Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.

2. By way of background, on August 13, 2025, Plaintiffs Ricardo Jose Hernandez ("Ricardo") and Jandy Hernandez Fernandez filed a summons and complaint (Dkt. No. 1-1 at 2–15 (the "Complaint")) in Bronx County Supreme Court in an action captioned Hernandez et al. v. JJE Express LLC d/b/a Green Express et al., Index No. 817080/2025E (the "State Action"). On October 6, 2025, Defendants JJE Express LLC d/b/a Gress Express and Dale Morris (together, "Defendants") filed an answer in the State Action (id. at 16–23 (the "Answer")) asserting a counterclaim against Ricardo. (Id. at 20–21 (the "Counterclaim")). On January 13, 2026, Defendants removed the State Action to the United States District Court for the

Southern District of New York. (Dkt. No. 1). On June 2, 2026, Ricardo filed an answer to the Counterclaim. (Dkt. No. 9 (the "Answer to Counterclaim")). In Ricardo's Answer to the Counterclaim, Ricardo asserted a crossclaim against Defendants without seeking leave to amend the Complaint. (Dkt. No. 9 at 3 (the "Crossclaim")). At the Conference, counsel for Ricardo on the Counterclaim stated that his office filed the Crossclaim in error and withdrew the Crossclaim. Accordingly, the Court strikes the Answer to the Counterclaim at Dkt. No. 9. By **July 16, 2026**, Ricardo shall file a corrected Answer to the Counterclaim without the Crossclaim.

3. A telephone conference to discuss the status of discovery is scheduled for **September 9, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to strike Dkt. No. 9.

Dated: New York, New York
July 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL